UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RUBY THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:12-cv-1071-MEF-TFM |
| ) | |
| WIREGRASS CONSTRUCTION CO., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of the Defendant's *Motion to Dismiss* (Doc. 28, filed June 25, 2013) and for good cause shown, it is

ORDERED that on or before July 5, 2013 the Plaintiff shall show cause why Defendant's motion should not be granted.

DONE this 27th day of June, 2013.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE