IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RUBY THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 2:12-cv-1071-MEF |
| v. ) | (WO – Do Not Publish) |
| ) | |
| WIREGRASS CONSTRUCTION ) | |
| CO., ) | |
| ) | |
| Defendant. ) | |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order issued on January 14, 2014, it is the ORDER, JUDGMENT, and DECREE of the Court as follows:

(1) With respect to all claims in this action, judgment is ENTERED in favor of Defendant Wiregrass Construction Company, Inc. and against Plaintiff Ruby Thomas, with Plaintiff taking nothing by her claims.

(2) Costs are TAXED against Plaintiff Ruby Thomas, for which execution may issue.

(3) The Clerk of the Court is DIRECTED to enter this document on the civil docket sheet as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close this file.

DONE this the 14th day of January, 2014.

                                                /s/ Mark E. Fuller
                                      UNITED STATES DISTRICT JUDGE